**Earl F. CHAPMAN v. TOWN OF BARNARD.**

[475 A.2d 241]

No. 329-81

April 9, 1984. Findings of fact do not meet the required standard mandated by *Corrette* v. *Town of St. Johnsbury*, 140 Vt. 315, 437 A.2d 1112 (1981); *Hoefer* v. *Town of Brattleboro*, 137 Vt. 434, 407 A.2d 183 (1979); *Schweizer* v. *Town of*

*Pomfret,* 134 Vt. 436, 365 A.2d 134 (1976). Cause reversed and remanded to the Director, Division of Property Valuation and Review, for recommittal to the State Board of Appraisers for hearing on all issues.